**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Victor Pacheco,<br><br>        Petitioner,<br>  v.<br><br>United States of America,<br><br>        Respondent.<br>_____/ | NO. C 12-01723 EJD<br>NO. CR 01-20050 EJD<br><br>**JUDGMENT** |

    Pursuant to the Court's September 18, 2012 Order Dismissing Petitioner's Motion for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2255 With Prejudice; Denying Certificate of Appealability, judgment is entered in favor of Respondent United States of America and against Petitioner Victor Pacheco.

    The Clerk shall close the companion case C 12-01723 EJD pursuant to this Judgment.

Dated: 9/20/2012

                                                    EDWARD J. DAVILA
                                                    United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Victor Pacheco
3901 Klein Boulevard
Lompoc, CA 93436-2706

**Dated: September 21, 2012**                                    **Richard W. Wieking, Clerk**

                                                                 By: _Elizabeth C Garcia_
                                                                       **Elizabeth Garcia**
                                                                       **Courtroom Deputy**

**United States District Court**
For the Northern District of California